IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCIO MARTINEZ QUINTERO,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>TAMMY FOSS,<br><br>　　　　　　　　　Respondent. | Case No. 2:20-cv-0200 TLN CKD P<br><br><br>ORDER |

On July 23, 2020, respondent moved for a 30-day extension of time to respond to petitioner's motion to stay.

GOOD CAUSE APPEARING,

Respondent's motion for an extension of time is GRANTED. Respondent shall file a response to petitioner's motion to stay on or before August 24, 2020.

Dated: July 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

18:quin0200.eot