UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCIO MARTINEZ QUINTERO,<br><br>Petitioner,<br><br>v.<br><br>TAMMY FOSS,<br><br>Respondent. | No. 2:20-cv-00200-TLN-CKD P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a third amended petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On March 14, 2024, the court ordered respondent to file an answer to petitioner's third amended petition within 60 days. ECF No. 49. The deadline for filing an answer has passed and respondent has failed to comply with the court's order. As a result, petitioner filed a motion to compel an answer from respondent on June 20, 2024. ECF No. 50. A review of the docket indicates that an answer is still outstanding. Therefore, the court will grant petitioner's motion to compel and order respondent to show cause why sanctions are not appropriate based on the failure to comply with the court's March 14, 2024 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to compel (ECF No. 50) is granted to the extent that respondent shall be ordered to show cause why sanctions should not be imposed for failing to comply with

1. the court's March 14, 2024 order.

2. Within 14 days from the date of this order, respondent shall show cause in writing why no answer has been filed to date in this case.

3. The failure to respond to this order within the time provided will result in the imposition of monetary sanctions in this case.

Dated:  June 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/quin0200.osc