UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCIO MARTINEZ QUINTERO,<br><br>Petitioner,<br><br>v.<br><br>TAMMY FOSS,<br><br>Respondent. | No. 2:20-cv-0200-TLN-CKD P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss (ECF No. 56). Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 61) is granted; and

2. Petitioner shall file an opposition to respondent's motion to dismiss within sixty days from the date of this order.

3. Respondent is further directed to reserve a copy of the motion to dismiss on petitioner within 14 days from the date of this order and to file a certificate of service to the court indicating compliance with this order.

Dated: December 3, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/quin0200.111